W. D. MacAdoo, *et al.,* Appellant, v. International Realty Associates, a Corporation, Appellees.

An Appeal from the Circuit Court for Pinellas County; M. A. McMullen, Judge.

Appeal dismissed on motion of counsel for Appellant.

*Macfarlane & Pettingill,* for Appellant;

*Mabry, Reaves & Carlton,* for Appellees.

---

S. A. Tahit, Plaintiff in Error, v. M. R. Fife, Defendant in Error.

A Writ of Error to the Circuit Court for Palm Beach County; C. E. Chillingworth, Judge.

Writ of Error dismissed on motion of counsel for Defendant in Error.

*L. R. Baker & John Ziegler,* for Plaintiff in Error;

*Wideman & Wideman,* for Defendant in Error